IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:05CR246 |
| v. | ) | |
| WILLIAM WILBANKS, | ) | REASSIGNMENT ORDER |
| Defendant. | ) | |

It has come to this court's attention that Magistrate Judge Thomas D. Thalken was assigned in error to this case.

THEREFORE, IT IS ORDERED that this case remains assigned to District Judge Laurie Smith Camp for disposition and is reassigned to Magistrate Judge F.A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 24th day of June, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge